| SAMUEL C. GENTRY | § | IN THE COURT OF |
| | § | |
| vs. | § | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | AUSTIN, TEXAS |

**RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 15 2015
Abel Acosta, Clerk**

## MOTION FOR BOND PENDING PDR

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW Samuel Gentry, Defendant in the above-styled and numbered cause, by and through his attorney of record, and moves this Honorable Court to set a reasonable appeal bond in this cause; and in support of this Motion the Defendant would show as follows:

I.

On 27 August 2014, Mr. Gentry, who had been convicted of a felony DWI in Smith County, had his conviction reversed by the Twelfth Court of Appeals. *Gentry v. State*, 12-13-00168-CR (Tex.App.—Tyler). On 26 September 2014, the State timely filed a Petition for Discretionary Review. That case is still pending and Mr. Gentry remains incarcerated.

II.

Mr. Gentry is eligible for a bond pending the Court's disposition of the State's PDR. Article 44.04(h) of the Texas Code of Criminal Procedure provides, "If a conviction is reversed by a decision of a Court of Appeals, the defendant is

*Redraft June 17, 2015*

*PC*

entitled to release on reasonable bail ... pending final determination [of a PDR]." Therefore, in accordance with the provision, Mr. Gentry would request the Court set a reasonable bond.

## III.

As Mr. Gentry is currently incarcerated, he has only minimal financial resources and asks the Court to require the posting of bond in an amount no greater than absolutely necessary to reasonably and adequately secure his presence before this Court and any other court to which these proceedings may subsequently be remanded.

WHEREFORE, PREMISES CONSIDERED, Mr. Gentry respectfully requests that this Honorable Court set an bond in this case pending the disposition of the State's PDR.

Respectfully submitted,

/s/Austin Reeve Jackson
Texas Bar No. 24046139
112 East Line, Suite 310
Tyler, TX 75702
Telephone: (903) 595-6070
Facsimile: (866) 387-0152

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served on counsel for the State by efile concurrently with its filing.

/s/Austin Reeve Jackson